**DISMISS and Opinion Filed August 23, 2024**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-24-00410-CV

**DARRELL PERKINS, Appellant**
**V.**
**VITRUVIAN WEST 2 LLC DBA, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-24-01514-C**

## MEMORANDUM OPINION

Before Justices Molberg, Nowell, and Kennedy
Opinion by Justice Nowell

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and for appellant's brief to be filed by July 27, 2024. By postcard dated July 30, 2024, we informed appellant his brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).

/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE

240410F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DARRELL PERKINS, Appellant

No. 05-24-00410-CV        V.

VITRUVIAN WEST 2 LLC DBA, Appellee

On Appeal from the County Court at Law No. 3, Dallas County, Texas
Trial Court Cause No. CC-24-01514-C.

Opinion delivered by Justice Nowell. Justices Molberg and Kennedy participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered August 23, 2024